NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>CLEMENT OGBUEHI, Physician Assistant at Kern Valley State Prison; WAYNE ULIT, Medical Doctor at Kern Valley State Prison; L. MOORE, Correctional Lieutenant at Kern Valley State Prison; R. RIVERA, Correctional Officer at Kern Valley State Prison; R. AARON, Correctional Officer at Kern Valley State Prison,<br><br>　　　　Defendants - Appellees. | No. 24-3880<br><br>D.C. No. 1:19-cv-00855-JLT-EPG<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Jennifer L. Thurston, District Judge, Presiding

Submitted May 21, 2025**

Before:　SILVERMAN, LEE, and VANDYKE, Circuit Judges.

---

　　*　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

　　**　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Former California state prisoner Gerry Williams appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's ruling on cross-motions for summary judgment. *Guatay Christian Fellowship v. County of San Diego*, 670 F.3d 957, 970 (9th Cir. 2011). We affirm.

The district court properly granted summary judgment for defendants because Williams failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to Williams's claims of hepatitis C and liver cirrhosis. *See Hamby v. Hammond*, 821 F.3d 1085, 1092 (9th Cir. 2016) (stating that a difference of opinion between a physician and a prisoner concerning appropriate medical care does not amount to deliberate indifference); *Toguchi v. Chung*, 391 F.3d 1051, 1057 (9th Cir. 2004) (explaining that prison officials act with deliberate indifference only if they know of and disregard an excessive risk to the prisoner's health); *see also Scott v. Harris*, 550 U.S. 372, 380 (2007) (an assertion that is "blatantly contradicted by the record, so that no reasonable jury could believe it" will not create a genuine dispute of material fact at summary judgment).

**AFFIRMED.**